FILED: May 30, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1485
(1:04-cr-00385-LMB-1)

_____

In re: UNITED STATES OF AMERICA

      Petitioner

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the court places Addendum Part B to the petition for writ of mandamus (Squad IT-3 Document) under seal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk