FILED: July 22, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1485
(1:04-cr-00385-LMB-1)
_____

In re: UNITED STATES OF AMERICA

　　　Petitioner

_____

O R D E R

_____

Upon consideration of the petition for writ of mandamus filed by the United States, the court dismisses the petition as moot in light of the district court's opinion and order entered July 18, 2024.

Entered at the direction of Senior Judge Keenan with the concurrence of Judge Thacker and Judge Harris.

　　　　　　　　　　　　　　　　For the Court

　　　　　　　　　　　　　　　　/s/ Nwamaka Anowi, Clerk